998

No. 03–6651. RISDAL v. MATHES, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 03–6652. RICHARDSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6655. VALENCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6659. BLEDSOE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–6662. LEWIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–6664. SKORNIAK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–6669. TRUPEI v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6670. THOMAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6671. VARGAS-CASTILLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6672. ARELLANO-LUJANO v. UNITED STATES; GUZMAN-LUNA v. UNITED STATES; MELENDEZ v. UNITED STATES; and RO-SALES, AKA ROMAN-RAMIREZ, AKA QUIROZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 73 Fed. Appx. 82 (second judgment) and 83 (first, third, and fourth judgments).

No. 03–6685. CAZEAU v. ROMINE, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 03–6686. CRUMPTON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–6687. CURTIS ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–6690. BASS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.